JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Green Silk, LLC, | Case No. CV 15-07834-AB (AGRx) |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| DNE Natraceuticals, Inc., et al., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 6, 2017

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1